**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Criminal No. 3-94-2 (01) PAM

United States of America,

       Plaintiff,

v.                                       **ORDER AMENDING**
                                            **JUDGMENT**

Eugene Lamar Sutton,

       Defendant.

_____

**IT IS HEREBY ORDERED** that the Sentencing Judgment filed in this case, dated June 15, 1994 is amended to include an additional condition of Supervised Release. The defendant shall participate, as instructed by the Probation Officer, in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs.

All other terms, conditions and recommendations of the Sentencing Judgment remain in effect.

Date: February  20 , 2009                 s/Paul A. Magnuson
                                                 PAUL A. MAGNUSON
                                                 United States District Court Judge